ACCEPTED
15-25-00021-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/11/2025 5:12 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00021-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/11/2025 5:12:49 PM
CHRISTOPHER A. PRINE
Clerk

In the Fifteenth Court of Appeals
Austin, Texas

PFIZER INC. and TRIS PHARMA, INC.,
Petitioners/Defendants,

v.

The STATE OF TEXAS and TARIK AHMED,
Respondents/Plaintiffs.

Permissive Appeal from the 71st Judicial District Court, Harrison County, Texas

**MOTION OF HARRY GILLAM, JR. IN SUPPORT OF MOTION TO ADMIT WILLIAMS E. LAWLER PRO HAC VICE**

TO THE HONORABLE COURT OF APPEALS:

I, Harry "Gil" Gillam, Jr., hereby declare under penalty of perjury under the laws of the United States of America:.

a. My office address is 303 South Washington Avenue, Marshall, Texas 75670. My office telephone number is (903) 934-8450. My office facsimile number is (903) 934-9257. My email address is gil@gillamsmithlaw.com.

b. I am familiar with William E. Lawler, and I find him to be a reputable attorney and recommend that he be granted permission to participate in the particular proceeding before the court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct

Dated: April 11,2025

Respectfully submitted,

By:*/s/ Harry "Gil" Gillam, Jr.*
Harry "Gil" Gillam, Jr.
Texas State Bar. No. 07921800
gil@gillamsmithlaw.com
303 S. Washington Ave.
Marshall, Texas 75670
(903) 934-8450 (telephone)
(903) 934-9257 (facsimile)

# Exhibit A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# William E Lawler III

was duly qualified and admitted on May 12, 1986 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 18, 2025.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*

# Exhibit B

# Board of Law Examiners

Appointed by the Supreme Court of Texas

March 18, 2025

William E. Lawler III
Via: E-Mail

### Acknowledgment Letter
### Non-Resident Attorney Fee

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

> **Non-resident attorney: William E. Lawler III**
>
> **Case: 15-25-00021-CV**
>
> **Texas court or body: Fifteenth Court of Appeals Austin, Texas**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule 19(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule 19(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule 19 of the Rules Governing Admission to the Bar of Texas and §82.0361, of the Texas Government Code, which can be found on the Board's website.

Cordially,

Nahdiah Hoang
Executive Director

MAILING ADDRESS

Post Office Box 13486

Austin,Texas 78711-3486

TELEPHONE: 512- 463-1621 - FACSIMILE: 512- 463-5300

WEBSITE: www.ble.texas.gov

STREET ADDRESS

205 West 14th Street, Ste.500

Austin, Texas 78701

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Harry Gillam, Jr.
Bar No. 7921800
gil@gillamsmithlaw.com
Envelope ID: 99592431
Filing Code Description: Motion
Filing Description: MOTION OF HARRY GILLAM, JR. IN SUPPORT OF MOTION TO ADMIT WILLIAMS E. LAWLER PRO HAC VICE
Status as of 4/11/2025 5:59 PM CST

Associated Case Party: Pfizer Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stacy Obenhaus | | sobenhaus@foley.com | 4/11/2025 5:12:49 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 4/11/2025 5:12:49 PM | SENT |
| Stefan Schropp | | stefan.schropp@ropesgray.com | 4/11/2025 5:12:49 PM | SENT |
| Samantha BarrettBadlam | | samantha.badlam@ropesgray.com | 4/11/2025 5:12:49 PM | SENT |
| Edward Burbach | | eburbach@foley.com | 4/11/2025 5:12:49 PM | SENT |
| George Valton | | val@valjoneslaw.com | 4/11/2025 5:12:49 PM | SENT |

Associated Case Party: Tris Pharma Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Harry Gillam | 7921800 | gil@gillamsmithlaw.com | 4/11/2025 5:12:49 PM | SENT |
| Andrew Gorham | 24012715 | tom@gillamsmithlaw.com | 4/11/2025 5:12:49 PM | SENT |
| M'Liss Hindman | | mliss.hindman@blankrome.com | 4/11/2025 5:12:49 PM | SENT |
| William E.Lawler, III | | william.lawler@blankrome.com | 4/11/2025 5:12:49 PM | SENT |
| Bobbye Pyke | | Bobbye.Pyke@blankrome.com | 4/11/2025 5:12:49 PM | SENT |
| Huaou Yan | | huaou.yan@blankrome.com | 4/11/2025 5:12:49 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Diana Arias | | diana@gillamsmithlaw.com | 4/11/2025 5:12:49 PM | SENT |
| Rosa Ferguson | | rosa@gillamsmithlaw.com | 4/11/2025 5:12:49 PM | SENT |
| Olivia Arias | | olivia@gillamsmithlaw.com | 4/11/2025 5:12:49 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Harry Gillam, Jr.
Bar No. 7921800
gil@gillamsmithlaw.com
Envelope ID: 99592431
Filing Code Description: Motion
Filing Description: MOTION OF HARRY GILLAM, JR. IN SUPPORT OF MOTION TO ADMIT WILLIAMS E. LAWLER PRO HAC VICE
Status as of 4/11/2025 5:59 PM CST

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@oag.texas.gov | 4/11/2025 5:12:49 PM | SENT |
| Jordan Underhill | 24102586 | jordan.underhill@oag.texas.gov | 4/11/2025 5:12:49 PM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 4/11/2025 5:12:49 PM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 4/11/2025 5:12:49 PM | SENT |

Associated Case Party: Tarik Ahmed

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Earl Thames | 785097 | Glennthames@potterminton.com | 4/11/2025 5:12:49 PM | SENT |
| Jason T.Brown | | jtb@jtblawgroup.com | 4/11/2025 5:12:49 PM | SENT |
| Patrick S.Almonrode | | patalmonrode@jtblawgroup.com | 4/11/2025 5:12:49 PM | SENT |
| Michael E.Jones | | mikejones@potterminton.com | 4/11/2025 5:12:49 PM | SENT |